```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 04723
   SEAN M KALLAS
   KRISTIN H KALLAS                              CHAPTER 13

                                                 JUDGE: SUSAN PIERSON SONDERBY
             Debtor
   SSN XXX-XX-0686      SSN XXX-XX-0286

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 02/29/2008 and was confirmed 04/24/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  48.00%.

      The case was converted to chapter 7 after confirmation 11/10/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
DISCOVER FINANCIAL SERVI  UNSECURED          2829.31           .00            .00
AMERICAN EXPRESS BANK     UNSECURED          2533.69           .00            .00
CITIBANK                  UNSECURED          NOT FILED         .00            .00
FIA CARD SERVICES         UNSECURED         18747.63           .00          29.05
CAPITAL ONE               UNSECURED          NOT FILED         .00            .00
AMERICAN EDUCATION SERVI  UNSECURED          NOT FILED         .00            .00
ECAST SETTLEMENT          UNSECURED          5593.65           .00            .00
ECAST SETTLEMENT          UNSECURED          4596.69           .00            .00
CITIBANK USA              UNSECURED          NOT FILED         .00            .00
FASHION BUG               UNSECURED          NOT FILED         .00            .00
FIRST FINANCIAL BANK SD   UNSECURED          NOT FILED         .00            .00
GEMB/AMERICAN HONDA       UNSECURED          NOT FILED         .00            .00
ECAST SETTLEMENT          UNSECURED          2597.48           .00            .00
JARED THE GALLERIA OF JE  UNSECURED              .66           .00            .00
KOHLS                     UNSECURED          NOT FILED         .00            .00
MACYS DSNB                UNSECURED          NOT FILED         .00            .00
NICOR GAS                 UNSECURED          NOT FILED         .00            .00
SALLIE MAE SERVICING COR  UNSECURED         88138.44           .00         136.56
SALLIE MAE GUARANTEE SER  UNSECURED         16979.59           .00          26.31
PHARIA LLC                UNSECURED             7.28           .00            .00
LVNV FUNDING LLC          UNSECURED          2882.61           .00            .00
WORLD FINANCIAL NETWORK   UNSECURED           826.83           .00            .00
WFNNB ANNT                UNSECURED          NOT FILED         .00            .00
AMERICAN EDUCATION SERVI  UNSECURED          NOT FILED         .00            .00
SOVEREIGN BANK            NOTICE ONLY        NOT FILED         .00            .00
SOVEREIGN BANK            NOTICE ONLY        NOT FILED         .00            .00
JARED THE GALLERIA OF JE  SECURED            1606.00         57.70         122.91
WORLD FINANCIAL NETWORK   UNSECURED           311.23           .00            .00
SOVEREIGN BANK            CURRENT MORTG         .00            .00            .00
SOVEREIGN BANK            CURRENT MORTG         .00            .00            .00
NATIONAL CITY BANK ~      SECURED VEHIC      6285.00        215.22         880.76
NATIONAL CITY BANK ~      UNSECURED          1271.25           .00            .00

                       PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 08 B 04723 SEAN M KALLAS & KRISTIN H KALLAS
```

```
AES/PHEAA                  UNSECURED       1527.52            .00           .00
INTERNAL REVENUE SERVICE   PRIORITY     NOT FILED             .00           .00
CHASE BANK                 UNSECURED        447.18            .00           .00
SOVEREIGN BANK             COST OF COLLE    100.00            .00        100.00
LEGAL HELPERS PC           DEBTOR ATTY    2,600.00                     2,600.00
TOM VAUGHN                 TRUSTEE                                       361.49
DEBTOR REFUND              REFUND                                            .00
```

Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
---------------------------------------------------------------------------
```
TRUSTEE                   4,530.00

PRIORITY                                          .00
SECURED                                      1,103.67
    INTEREST                                   272.92
UNSECURED                                      191.92
ADMINISTRATIVE                               2,600.00
TRUSTEE COMPENSATION                           361.49
DEBTOR REFUND                                      .00
                         ---------------    ---------------
TOTALS                    4,530.00            4,530.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                      /s/ Tom Vaughn
   Dated: 02/24/09                    _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE